JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCO PAEZ, | ) | Case No. CV 13-2519 DSF (VBKx) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SHANTAVIA THOMAS, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated:     6/6/13

                                                    DALE S. FISCHER
                                         United States District Judge